May 11, 1993
 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 92-2442
No. 92-2443 

 ELIESABETH A. AMELUNG,

 Plaintiff, Appellant,

 v.

 MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

 Defendant, Appellee.

 

 APPEALS FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Joseph L. Tauro, U.S. District Judge]
 

 

 Before

 Torruella, Cyr and Boudin,
 Circuit Judges.
 

 

Eliesabeth A. Amelung on briefs pro se.
 
Mary M. Logalbo, Joseph A. Trainor, and Jonathan P. Feltner, on
 
Motions for Summary Disposition and Memoranda in Support of Motions
for Summary Disposition, for appellee.

 

 

 Per Curiam. Plaintiff has appealed from November
 

13, 1992 orders granting the government's motions to dismiss

Medicare-Medicaid and other federal defendants from

plaintiff's actions. We affirm the orders of dismissal

essentially for the reasons stated in the governments'

motions to dismiss. To the extent plaintiff challenges

earlier district court orders dismissing plaintiff's actions,

we adhere to our earlier decisions. Amelung v. M.B.T.A., No.
 

91-1329, slip op. (1st Cir. June 27, 1991); Amelung v.
 

M.B.T.A., No. 91-1336, slip op. (1st Cir. June 28, 1991).
 

 Affirmed.